B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Cobalt Blue, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**47-0868719** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1603 Orrington Ave.**<br>**Suite 1090**<br>**Evanston, IL**<br>ZIP Code **60201** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **2705 Park Place**<br>**Evanston, IL 60201** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cobalt Blue, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Cobalt Blue, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Alex Pirogovsky**
Signature of Attorney for Debtor(s)

**Alex Pirogovsky 6256978**
Printed Name of Attorney for Debtor(s)

**Pirogovsky Fremderman, Ltd.**
Firm Name

**3100 Dundee Road
Suite 507
Northbrook, IL 60062**
Address

Email: alex@alexplaw.com
**(847) 465-9800  Fax: (847) 580-4951**
Telephone Number

**October  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eric Miller**
Signature of Authorized Individual

**Eric Miller**
Printed Name of Authorized Individual

**Manager/Member**
Title of Authorized Individual

**October  3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Cobalt Blue, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **81**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 3, 2010**

**/s/ Eric Miller**  
**Eric Miller/Manager/Member**  
Signer/Title

Adams, Stevens & Bradley, Ltd.
450 Seventh Ave.
Suite 1608
New York, NY 10123


Advertising Specialy Institute
Bucks County Technology Park
4800 Street Road
Trevose, PA 19053-6698


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
PO Box 981535
El Paso, TX 79998-1535


AT&T
PO Box 6428
Carol Stream, IL 60197-6428


AT&T
PO Box 8100
Aurora, IL 60507


Badger Tag & Label Corporation
83 Bentert Street
Random Lake, WI 53075


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Caine & Weiner
9960 Corporate Campus Drive
Louisville, KY 40223


California Tattoos
3741 E. Technical Dr.
Tucson, AZ 85713


Capital One
PO Box 5294
Carol Stream, IL 60197

Capital One
PO Box 30285
Salt Lake City, UT 84130-5294


Chase Business Credit Card
PO Box 15298
Wilmington, DE 19850


Collection Bureau of America
PO Box 5013
Hayward, CA 94540-5013


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Continental Data Labels
1855 Fox Lane
Elgin, IL 60123


Continental Envelope
1700 Averill Road
Geneva, IL 60134


CST Co.
CST Building
PO Box 33127
Louisville, KY 40232-3127


David Sonday
7362 Dunross Drive
Portage, MI 49024


DirecTV
PO Box 60036
Los Angeles, CA 90060-0036


Diversified Labeling Solutions
1285 Hamilton Parkway
Itasca, IL 60143


Ennis Inc.
2441 Presidential Parkway
Midlothian, TX 76065

Exper Tees
2220 Sonebridge Road
West Bend, WI 53095


F.C.L. Graphics
PO Box 7170
Dept. 82
Libertyville, IL 60048


Fagel & Haber LLC
55 East Monroe St.
Chicago, IL 60603


FedEx
PO Box 94515
Palatine, IL 60094-4515


FIA Card Services
PO Box 15184
Wilmington, DE 19850-5184


Fifth Third Bank
MDIMOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Form Store
1614 Headland Dr.
Fenton, MO 63026


GMG Pen
125 Kenyon Dr.
Suite 2
Lakewood, NJ 08701-4561


Goldstar National Design
PO Box 51440
Los Angeles, CA 90051-5740


Hafner Printing
601 S. LaSalle Street
Chicago, IL 60605

```
Hinckley Springs Waters of America
PO Box 660579
Dallas, TX 75266-0579


I.D.E.S.
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


ID Images LLC
2991 Interstate Parkway
Brunswick, OH 44212


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601


IMAK
PO Box 77081
Cleveland, OH 44194-7081


Infiniti Financial
PO Box 9001133
Louisville, KY 40290


Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


IPG
645 Stevenson Road
South Elgin, IL 60177


J. & J. Express Envelopes
1225 Carnegie Street
Suite 106
Rolling Meadows, IL 60008-1032


JP Morgan Chase
1 South Northwest Hwy
Park Ridge, IL 60068
```

```
KNB Promotions
5114 Point Forsdick Dr.
NW STE E
Gig Harbor, WA 98335


LR 1603 Orrington LLC
1603 Orrington Ave.
Evanston, IL 60201


MAC Specialties
3670-11 West Oceanside Rd.
Oceanside, NY 11572


Mallery & Zimmerman S.C.
500 Third Street, Suite 800
PO Box 479
Wausau, WI 54402-0479


Marathon Label
2401 N. Third Street
Wausau, WI 54403


McCourt Label
20 Egbert Ln.
Lewis Run, PA 16738


Metge Spitzer & Kreid
30 W. Monroe St.
Suite 630
Chicago, IL 60603


Mi Pen Company
60 Industrial Parkway
Richmand Hill, Ontario, Canada
L4B 2P2


Mi Pen Company
60 Industrial Parkway
45 West
Buffalo, NY 14227


National Data Service
1413 Momentum Place
Chicago, IL 60689
```

```
National Data Service
620 Stetson Ave.
Saint Charles, IL 60174


Novelty, Inc.
351 W. Muskegon Dr.
Greenfield, IN 46140


Precision Label
8890 East Davis Ave.
Terre Haute, IN 47805


Prime Memory Solutions
4600 Kietzke Lane
H-182
Reno, NV 89502


Printegra
6429 Guion Road
Indianapolis, IN 46268


Priority Systems
7410 Niles Center Road
Skokie, IL 60077


Receivable Management Services
4836 Brecksville Road
PO Box 523
Richfield, OH 44286


Repacorp Inc.
11301 W. Forest Home Ave.
Franklin, WI 53132


RMS
1250 E. Diego Rd., Suite 300
PO Box 3099
Naperville, IL 60563


San Mar
PO Box 343693
Cincinnati, OH 45264-3693
```

```
ScanSource
24263 Network Pl.
Chicago, IL 60673-1242


Sharprint
4200 W. Wrightwood
Chicago, IL 60639


Specialty Tape Converting
2837 Anthony Lane South
Minneapolis, MN 55418


Sprint
PO Box 4191
Carol Stream, IL 60197


Sunrise Hitek Srevice, Inc.
5915 N. Northwest Hwy
Chicago, IL 60631


Sweda Company LLC
475 E. Duarte Rd.
Monrovia, CA 91016


The Hartford
8711 University East Dr.
Charlotte, NC 28213


The Magnet Group
PO Box 605
Washington, MO 63090


TSO Screen Printers
600 Waukegan Rd.
Suite 101
Northbrook, IL 60062


United Commercial Collections
4455 Genesee St.
Buffalo, NY 14225


UPS
PO Box 650680
Dallas, TX 75265
```

```
Vericore
10115 Kincey Ave.
Suite 100
Huntersville, NC 28078


Vision
8301 W. 183rd St.
Tinley Park, IL 60487


Western States Envelope & Label
Box 88984
Milwaukee, WI 53288


Wisco Envelope
PO Box 644276
Pittsburgh, PA 15264


Wolf & Co.
2100 Clearwater Drive
Oak Brook, IL 60523


WS Packaging Group
1102 Jefferson Street
Algoma, WI 54201


XM Satellite Radio
PO Box 9001399
Louisville, KY 40290


Yellow Transportation
PO Box 5901
Topeka, KS 66605
```

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Cobalt Blue, LLC**                                             Case No.
                            Debtor(s)                                    Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Cobalt Blue, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October  3, 2010** | **/s/ Alex Pirogovsky** |
| Date | **Alex Pirogovsky 6256978** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Cobalt Blue, LLC** |
| | **Pirogovsky Fremderman, Ltd.** |
| | **3100 Dundee Road** |
| | **Suite 507** |
| | **Northbrook, IL 60062** |
| | **(847) 465-9800 Fax:(847) 580-4951** |
| | **alex@alexplaw.com** |